**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 73.178.141.113**

**ISP:** Comcast Cable Holdings, LLC
**Physical Location:** Monmouth Junction, NJ

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 12/15/2018 08:06:28 | 270330701EEC1161D7229136BB938DA1D8ABDF55 | 18 Year Old Models First Time Threesome |
| 12/15/2018 08:06:22 | 9A90BB3B08FBC81CF4CB979FCFB35A4FE35A755B | Sex For Three By The Sea |
| 12/15/2018 08:04:15 | 6EA411DD4580E2C06E2526C469ADC3687F470FE2 | Into The Lions Mouth |
| 12/15/2018 08:01:30 | 82891A385FF32F3569856CE193914F0E3C4925D1 | Teach Me About Sex |
| 11/21/2018 21:15:05 | 7BA8FBEA7AE0CD17B7A465EC5743CF8D43F6F7C7 | Threeway Strip Poker |

**Total Statutory Claims Against Defendant: 5**

EXHIBIT A

CNJ822