**Copyrights-In-Suit for IP Address 73.178.141.113**

**ISP:** Comcast Cable Holdings, LLC
**Location:** Monmouth Junction, NJ

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| 18 Year Old Models First Time Threesome | PA0002139384 | 09/30/2018 | 10/09/2018 | 12/15/2018 |
| Sex For Three By The Sea | PA0002078047 | 07/29/2017 | 08/30/2017 | 12/15/2018 |
| Into The Lions Mouth | PA0002094776 | 11/25/2017 | 11/28/2017 | 12/15/2018 |
| Teach Me About Sex | PA0002140491 | 08/31/2018 | 09/24/2018 | 12/15/2018 |
| Threeway Strip Poker | PA0002133715 | 07/27/2018 | 08/02/2018 | 11/21/2018 |

**Total Malibu Media, LLC Copyrights Infringed:  5**

EXHIBIT B

CNJ822