Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 73.178.141.113,<br><br>　　　　　　Defendant. | Civil Action No. _____ |

### CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

The undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

(1) Malibu Media, LLC  - Plaintiff; financial interest;

(2) Colette Pelissier  - Owner of Malibu Media, LLC; financial interest in Plaintiff;

(3) John Doe - Defendant; financial interest; and

(4) Patrick J. Cerillo, LLC - Attorneys for Plaintiff; financial interest;

                Respectfully submitted,

By:   /s/ *Patrick J. Cerillo*
      Patrick J. Cerillo, Esq.
      Patrick J. Cerillo, LLC
      4 Walter E. Foran Blvd., Suite 402
      Flemington, NJ 08822
      Attorney ID No. 01481-1980
      T: (908) 284-0997
      F: (908) 284-0915
      pjcerillolaw@comcast.net
      *Attorneys for Plaintiff*