Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

---

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 73.178.141.113,<br><br>    Defendant. | Case No.3:19-cv-05705-BRM-DEA |

### DECLARATION OF PATRICK J. CERILLO, ESQ. IN SUPPORT OF MOTION FOR LEAVE TO SERVE SUBPOENAS PRIOR TO RULE 26(f) CONFERENCE

I, Patrick J. Cerillo, of full age, do hereby declare under penalty of perjury as follows:

1. I am attorney with the law firm of Patrick J. Cerillo, LLC, and I am an attorney at-law-of the state of New Jersey and admitted before this Court. I am counsel of record for Plaintiff in the above-captioned matter. I make this

declaration in support of Plaintiff's accompanying motion for leave to serve subpoenas prior to a Rule 26(f) conference.

2. Exhibit A is the Complaint in the above-captioned matter, as filed on 02/14/2019.

3. Exhibit B is a copy of Exhibit A to the Complaint in the above-captioned matter, which reflects the IP address used to download the copyrighted works.

Dated: February 22, 2019

Respectfully submitted,

By:   /s/ *Patrick J. Cerillo*
Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*